# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV09-01126 - JVS (RNBx)                    Date  December 22, 2009

Title  Ronald Gossett v. Wells Fargo Home Mortgage et al.

Present: The Honorable    James V. Selna

Karla J. Tunis                                    Not Present
Deputy Clerk                                     Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                      Not Present

**Proceedings:**    (In Chambers)    ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION

The Court, on its own motion, hereby ORDERS plaintiff(s) to show cause in writing no later than January 6, 2010, why this action should not be dismissed for lack of prosecution. As an alternative to a written response by plaintiff(s), the Court will consider the filing of one of the following, as an appropriate response to this OSC, on or before the above date:

__X__  Proof of service of summons and complaint as to defendants

Absent a showing of good cause, an action shall be dismissed if the summons and complaint have not been served upon all defendants within 120 days after the filing of the complaint. Fed. R. Civ. P. 4(m) The Court may dismiss the action prior to the expiration of such time, however, if plaintiff(s) has/have not diligently prosecuted the action.

It is the plaintiff's responsibility to respond promptly to all orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time under Rule 55 remedies promptly upon default of any defendant. All stipulations affecting the progress of the case must be approved by the Court. Local Rule 7-1

The Court hereby sets the Order to Show Cause for hearing on January 11, 2010 at 10:30 a.m. The Court further continues the Scheduling Conference from January 4, 2010 to January 11, 2010 at 10:30 a.m.

:  00

Initials of Preparer    kjt